THE CITY OF NEW YORK, Respondent, *v.* JAMAICA WATER SUPPLY COMPANY, Appellant.

*City of New York* v. *Jamaica Water Supply Co.*, 181 App. Div. 49, affirmed.

(Argued February 26, 1919; decided March 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1917, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to install at its own expense an extension of its distribution system in Phraner avenue, borough of Queens, and granted said motion. The commission of water supply, gas and electricity of the city of New York had theretofore made and served a written order directing the defendant to make such installation forthwith but the direction had been ignored. The Appellate Division held that it was the duty of the defendant to supply the inhabitants of the designated locality with water and that it was within the power

of the commissioner to make the order referred to, and, therefore, that a peremptory writ of mandamus should issue.

*George H. Francoeur* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley* and *William E. C. Mayer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.